## IN THE UNITED STATES  BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

IN RE:
SCOTT P RICKS
SUZANNE E RICKS
311 PARAISO AVE.

SPRING VALLEY CA 91977
        Debtor(s)
SSN(1): XXX-XX-8599 SSN(2): XXX-XX-8667

CASE NO. 11-03259-O13
JUDGE MARGARET MANN

DATE:  09/02/11

---

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

**NOTICE IS HEREBY GIVEN** of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|---|
| 0011 | B-LINE<br>MS 550<br>BOX 91121<br>SEATTLE WA 98111-9221 | 2814.11 | 95.09 | UNSECURED<br><br>ACCT:3479<br>COMM:TRIUMPH |
| 0009 | CAVALRY PORTFOLIO SERVICES<br>500 SUMMIT LAKE DR STE 400<br>VALHALLA NY 10595 | 6294.81 | 95.09 | UNSECURED<br><br>ACCT:3938<br>COMM:WELLS FARGO |
| 0010 | CAVALRY PORTFOLIO SERVICES<br>500 SUMMIT LAKE DR STE 400<br>VALHALLA NY 10595 | 5956.84 | 95.09 | UNSECURED<br><br>ACCT:6138<br>COMM:BOFA |
| 0008 | CHASE BANK<br>BOX 15145<br>WILMINGTON DE 19850-5145 | 4093.67 | 95.09 | UNSECURED<br><br>ACCT:4895<br>COMM: |
| 0012 | CITIBANK NA<br>701 E 60TH ST N, MC2135<br>SIOUX FALLS, SD 57117 | 3802.03 | 95.09 | UNSECURED<br><br>ACCT:1141<br>COMM:ASG 26 |
| 0003 | DAN MCALLISTER<br>TREASURER-TAX COLLECTOR<br>1600 PACIFIC HIGHWAY RM 162<br>SAN DIEGO, CA 92101-2474 | .00 | .00<br><br>18.00 % INT | ARREARS, R.E.<br><br>ACCT:<br>COMM:Property Taxes |
| 0006 | ECMC<br>LOCKBOX 8682<br>BOX 75848<br>ST PAUL MN 55175-0848 | 21582.12 | 95.09 | UNSECURED<br><br>ACCT:8667<br>COMM:ST LN-ASG 20 |

PAGE  2 - CHAPTER 13 CASE NO. 11-03259-O13

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|---|
| 0007 | ECMC<br>LOCKBOX 8682<br>BOX 75848<br>ST PAUL MN 55175-0848 | 17010.58 | 95.09 | UNSECURED<br><br>ACCT:8599<br>COMM:ST LN-ASG 14-ASG 18 |
| 0013 | ECMC<br>LOCKBOX 8682<br>BOX 75848<br>ST PAUL MN 55175-0848 | 26996.91 | 95.09 | UNSECURED<br><br>ACCT:8667<br>COMM:ST LN |
| 0001 | GEMB/FINANCING<br>BOX 6153<br>RAPID CITY SD 57709-6153 | .00<br>7.00 % INT | .00 | SEC'D INSTALLMENTS<br><br>ACCT:<br>COMM:05 Triumph 910 Claim |
| 0005 | JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 953185<br>ST LOUIS MO 63195-3185 | 605.82 | 95.09 | UNSECURED<br><br>ACCT:7247<br>COMM:WELLS FARGO-ASG 22 |
| 0002 | OCWEN<br>12650 INGENUITY DRIVE<br>ORLANDO FL 32826 | .00<br>7.00 % INT | .00 | ARREARS, R.E.<br><br>ACCT:<br>COMM:1st DOT |
| 0014 | PORTFOLIO RECOVERY ASSOCIATES<br>BOX 12914<br>NORFOLK, VA 23541-2914 | 6549.38 | 95.09 | UNSECURED<br><br>ACCT:9827<br>COMM:WELLS FARGO |
| 0015 | SALLIE MAE SERVICING CORP<br>220 LASLEY AVE<br>WILKES-BARRE PA 18706 | 56869.11 | 95.09 | UNSECURED<br><br>ACCT:8599<br>COMM:ST LN |
| 0004 | SCHEDULED UNSECURED DEBTS<br>DOES NOT REPRESENT ACTUAL<br>CLAIMS FILED<br>INFORMATIONAL PURPOSES ONLY | .00 | 95.09 | UNSECURED<br><br>ACCT:<br>COMM:Scheduled Unsecured |
| TOTAL | **MARK L MILLER**<br>**2341 JEFFERSON ST, STE 100**<br>**SAN DIEGO CA 92110** | 152575.38<br>1300.00 | | ATTORNEY |

PAGE  3 - CHAPTER 13 CASE NO. 11-03259-O13

Pursuant to 11 U.S.C. 502(a), the claims which have been  filed  as  stated above will be deemed allowed for purposes of distribution and shall be paid  unless the debtor or other party in interest files with the  court  in  accordance with Rule 3007, and Objection to Claim and Request  for  Hearing  within  thirty (30) days of this notice.

/s/ Thomas H. Billingslea, Jr.

**THOMAS H. BILLINGSLEA, JR.**
**CHAPTER 13 TRUSTEE**
**530 "B" STREET, SUITE 1500**
**SAN DIEGO CA 92101**