TENTATIVE RULING
ISSUED BY JUDGE MARGARET M. MANN

Debtor: SCOTT P & SUZANNE E RICKS

Number: 11-03259-MM13

Hearing: 02:00 PM Tuesday, July 24, 2012

Motion: 1) MOTION TO DISMISS CASE FILED BY TRUSTEE

2) MOTION FOR APPROVAL OF CHAPTER 13 MODIFIED PLAN FILED BY DEBTORS

1) Continued to October 16, 2012 to track payments. Guideline fees of $450 are awarded.

2) The Court having considered the MOTION FOR APPROVAL OF MODIFIED CHAPTER 13 PLAN FILED BY DEBTORS (the "Motion"), no opposition having been timely filed and good cause appearing.

   The Motion is granted and appearances are excused. The Debtors are to upload an order granting the Motion. Guideline fees are awarded.