MARK L. MILLER, SBN: 17139
LARISSA L. LAZARUS, SBN: 250293
LAW OFFICES OF MARK L. MILLER
2341 Jefferson Street, Ste. 100
San Diego, CA  92110

Attorney for Debtor(s)

**United States Bankruptcy Court**
**Southern District of California**

| | |
|---|---|
| In Re:<br><br> SCOTT P. RICKS and SUZANNE RICKS,<br><br><br><br><br>Debtor(s) | Bankruptcy No: 11-03259-MM13<br><br>Hearing Date:  07/24/2012<br><br>Hearing Time:  2:00 p.m.<br><br>Hearing Dept:  D-1 |

## PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

### Chapter 13 Plan Modification Dated:  09/06/2012 .

The Chapter 13 Plan dated 07/24/2012 _6/7/12_ , shall be modified as follows:

☐ Plan payment Debtor pays to the Trustee is increased to $_____.

☐ The dividend paid to unsecured creditors is increased to _____%.

☐ The allowed secured claim of _____ in Plan Paragraph _____ shall be paid

_____ % annual percentage rate of interest.

☐ The filed and allowed unsecured claims shall be paid _____% annual percentage rate of interest.

☑ | Claims Shall be Allowed to the Extent Paid by the Trustee. |

☐ | |

**Except as hereinabove amended, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.**

Acknowledged and Agreed:

X /S/ LARISSA L. LAZARUS,                                    Dated:  09/06/2012
Debtor(s) or Debtor(s) Attorney
*(By signing, attorney represents she is authorized to sign on behalf of client.)*

X _____                                    Dated:  9/6/12
Chapter 13 Trustee/Trustee's Attorney