| | |
|---|---|
| **Thomas H. Billingslea, Jr.**<br>**530 'B' Street, Suite 1500**<br>**San Diego, California 92101**<br>**Phone: (619) 233-7525** | |
| **U.S. Bankruptcy Court**<br>**Southern District of California**<br>**325 West 'F' Street, San Diego, CA 92101** | |
| In re:<br><br>**SCOTT P RICKS and**<br>**SUZANNE E RICKS** | Bankruptcy No. 11-03259-MM-13<br>Hearing Date:   10/16/2012<br>Hearing Time:   2:00 PM<br>Department:      D-1 |

### TRUSTEE'S STATEMENT OF CASE STATUS

The Trustee's motion to dismiss was continued to track payments. Debtor made the required payments, therefore this motion may go off calendar. Fees were previously awarded.

Dated October 9, 2012.

/s/ Todd Headden
Todd Headden
Attorney for Trustee

See attached Exhibit A "Payment History"

## Payments Received in the Last 12 Months

| Amount | Date |
| --- | --- |
| $1,032.00 | 10/24/2011 |
| $1,032.00 | 12/28/2011 |
| $441.00 | 5/15/2012 |
| $441.00 | 5/21/2012 |
| $565.00 | 6/13/2012 |
| $565.00 | 7/12/2012 |
| $565.00 | 8/20/2012 |
| $565.00 | 9/17/2012 |

## Exhibit A