# Notice Recipients

District/Off: 0974–3             User: jli                  Date Created: 10/10/2012
Case: 11–03259–MM13         Form ID: pdfO2             Total: 6

**Recipients of Notice of Electronic Filing:**
tr          Thomas H. Billingslea         Billingslea@thb.coxatwork.com
aty         Larissa L. Lazarus            larissa@millerlegalcenter.com
aty         Thomas H. Billingslea 4       billingslea@thb.coxatwork.com
aty         Todd Headden                  legalmail@thb.coxatwork.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Scott P Ricks       311 Paraiso Ave.       Spring Valley, CA 91977
jdb         Suzanne E Ricks     311 Paraiso Ave.       Spring Valley, CA 91977

TOTAL: 2