TENTATIVE RULING
ISSUED BY JUDGE MARGARET M. MANN

Debtor:        SCOTT & SUZANNE RICKS

Number:        11-03259-MM13

Hearing:       02:00 PM   Tuesday, October 16, 2012

Motion:        MOTION TO DISMISS CASE FILED BY TRUSTEE (fr. 7/24/12)

Off calendar.   Appearances are excused.